Kathryn Tassinari
Robert A. Baron
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JACK W. VAN DOLAH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 04-6145-AA |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, | ) | FEES, LEGAL ASSISTANT FEES, COSTS |
| Commissioner, Social Security | ) | AND EXPENSES PURSUANT TO EAJA |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding attorney's fees in the amount of $3,192.13, legal assistant fees in the amount of $1,520.00, costs in the amount of $150.00, and expenses in the amount of $25.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $4,887.13 as full settlement of any and all claims for attorney fees, legal assistant fees, costs and expenses under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this __3__ day of __August__, 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Kathryn Tassinari, OSB #80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, LEGAL ASSISTANT FEES, COSTS & EXPENSES PURSUANT TO EAJA